UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL D. MYSLIWIEC,

    Plaintiff,

    v.

LEE RYKER and CHAPLAIN LOVE,

    Defendants.

Case No. 09-cv-490-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 22) of Magistrate Judge Philip M. Frazier recommending that the Court grant defendant Love's motion for summary judgment (Doc. 19) based on plaintiff Michael D. Mysliwiec's failure to exhaust his administrative remedies on his claim that his religious freedoms protected by the First Amendment and the Religious Land Use and Institutionalized Persons Act ("RLUIPA") were violated.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

•     **ADOPTS** the Report in its entirety (Doc. 22);

•     **GRANTS** defendant Love's motion for summary judgment (Doc. 19);

- **DISMISSES without prejudice** Mysliwiec's claim that his religious freedoms protected by the First Amendment and RLUIPA were violated; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: June 14, 2011**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**