UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL D. MYSLIWIEC,

    Plaintiff,

v.

LEE RYKER and CHAPLAIN LOVE,

    Defendants.

Case No. 09-cv-490-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Michael D. Mysliwiec's claim in this case against defendant Lee Ryker is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Michael D. Mysliwiec's claim in this case against defendant Chaplain Love is dismissed without prejudice for failure to exhaust administrative remedies.

**DATED: June 14, 2011**    NANCY J. ROSENSTENGEL, Clerk of Court

    s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**